

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-13-00870-CV

Frank **HERRERA**, Jr.,
Appellant

v.

**TEXAS STATE BOARD OF PLUMBING EXAMINERS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18829
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellant appeals from a judgment signed on December 12, 2013. Appellant filed his notice of appeal on the same day. Also on December 12, 2013, appellant filed a sworn Affidavit of Inability to Pay Court Cost in this court. Thereafter, the court reporter filed a Notice of Late Record, stating that the fee for the reporter's record has not been paid and that arrangements have not been made to pay the fee, and that appellant is not entitled to appeal without paying the fee. The clerk's record was filed at no cost to appellant on January 3, 2014.

After reviewing appellant's affidavit, we find it meets the requirements of Rule 20.1 of the Texas Rules of Appellate Procedure relating to affidavits of indigence. TEX. R. APP. P. 20.1(b). Accordingly, we ABATE the cause to the trial court and ORDER that:

a. the court reporter or any party wishing to challenge the claim of indigence do so by filing a contest to the affidavit in the trial court within 10 days from the date of this order. TEX. R. APP. P. 20.1(e);

b. the trial court conduct a hearing or sign an order extending the time to conduct a hearing within 10 days after the contest is filed; providing, however, that the time for conducting a hearing on the contest must not be extended for more than 20 days from the date the trial court signs its order extending the time to conduct the hearing. TEX. R. APP. P. 20.1(i)(2);

c.   the trial court determine whether or not the appeal is frivolous if no contest is filed or if a contest is overruled. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 13.003 (West 2002);

d.   the trial court prepare a written order and written findings of fact and conclusions of law regarding its indigence determination and its determination with regard to whether the appeal is frivolous;

e.   the trial court clerk file a supplemental clerk's record as soon as practicable after the trial court enters its order and written findings and conclusions but in no event later than 60 days from the date of this court's order, containing: (1) the contest or a certificate stating no contest was filed: (2) the trial court's order; (3) the trial court's findings of fact and conclusions of law; (4) the judgment being appealed; (5) any post-judgment motions; (6) the notice of appeal; and (7) the court's docket sheet; and

f.   the court reporter file a reporter's record of the hearing as soon as practicable but in no event later than 60 days from the date of this court's order.

We further ORDER the clerk of this court to forward a copy of appellant's affidavit of indigence to all parties. **All appellate deadlines are SUSPENDED pending further orders from this court.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court